**William APTT**

v.

**CITY OF WARWICK BUILDING DEPARTMENT.**

**No. 80–87–M.P.**

Supreme Court of Rhode Island.

May 22, 1980.

Sydney I. Resnick, Cranston, for petitioner.

**850**

Frederick A. Costello, Asst. City Sol., Warwick, for respondent.

ORDER

The petition for writ of certiorari is granted.